**SO ORDERED.**

**DONE and SIGNED May 29, 2013.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:   YULANDA T. RELIFORD   :   CASE NUMBER 13-10488
                               :   CHAPTER 13

**O R D E R**

The foregoing Response to Motion to Dismiss Debtor's Chapter 13 Case considered;

IT IS HEREBY ORDERED that the Motion to Dismiss Debtor's Chapter 13 Case is denied and Debtor's Chapter 13 Bankruptcy is to remain in effect and not be dismissed.

# # #

This Order was prepared and is being submitted by:

CAROLYN FOSTER HEDGES LAW FIRM, LLC
**By:**   **/s/ Carolyn F. Hedges**
    Attorney for Yulanda T. Reliford
    Bar Number 16977
    805 Broadway
    Minden, LA 71055
    Ph:  318-371-0318